UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIM. NO. 3:20-CR-165 |
| v. | : (JUDGE MARIANI) |
| | : |
| LANCE GREEN | : |
| | : |
| | : |

ORDER

AND NOW, THIS 8th DAY OF JANUARY 2021, for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Suppress Evidence (Doc. 17) is **DENIED**.

Robert D. Mariani
United States District Judge