## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **3:20-CR-165** |
| | : | **(JUDGE MARIANI)** |
| **LANCE GREEN,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

**AND NOW, THIS** _____ **DAY OF MARCH 2021**, for the reasons set out in the

simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's

motion to dismiss is **DENIED**.

Robert D. Mariani
United States District Judge