THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LANCE GREEN,                          :
                                      :
            Petitioner,               :   3:20-CR-165
                                      :   3:24-CV-209
      v.                              :   (JUDGE MARIANI)
                                      :
UNITED STATES OF AMERICA,             :
                                      :
            Respondent.               :

## ORDER

AND NOW, THIS ___18th___ DAY OF JUNE 2026, upon consideration of

Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc.

136) and all relevant documents, for the reasons set forth in the accompanying

Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1.  The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc.

    136) is **DENIED**;

2.  The Court finds no basis for the issuance of a certificate of appealability;

3.  The Clerk of Court is directed to **CLOSE** Civil Case Number 3:24-CV-209.

_____
Robert D. Mariani
United States District Judge